Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al., as Trustees of of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.<br><br>Plaintiffs,<br>v.<br><br>DJK CONSTRUCTION, INC., a California corporation,<br><br>Defendant. | Case No.: C12-5088 WHO<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; ORDER THEREON**<br><br>Date:    October 1, 2013<br>Time:    2:00 p.m.<br>Ctrm:    2, 17th Floor<br>Judge:   The Honorable William H. Orrick |

Plaintiffs herein respectfully submit their Case Management Statement, requesting that the Case Management Conference, currently on calendar for October 1, 2013, be continued for thirty (30) days in anticipation of the parties resolving the matter.

1.    As the Court's records will reflect, a Complaint was filed in this Action on October 2, 2012, to compel Defendant's compliance with the terms of its Collective Bargaining Agreement.

2.    Service on Defendant was effectuated on November 14, 2012, and a Proof of Service of Summons was filed with the Court on November 16, 2012. (Dkt. #5).

3.    Defendant failed to plead or otherwise defend or appear in this action. On

1 December 14, 2012, the Court entered the default of the Defendant. (Dkt. #9).

2    4.    Defendant thereafter advised Plaintiffs that the general contractor on its project was withholding payment, and refused to enter a payment schedule, stating that Plaintiffs should obtain that payment withheld, to satisfy Defendant's debt to Plaintiffs. Defendant provided certified payroll reports to Plaintiffs to confirm the hours worked on the project, and Plaintiffs did pursue payment from the contractor, who also refused to pay. Plaintiffs filed a stop payment notice and a mechanics lien on the project, only to discover that a Notice of Completion had been filed some months earlier, voiding Plaintiffs' claims.

5.    Plaintiffs first requested a Continuance of the Case Management Conference on March 28, 2013 to again attempt to obtain resolution with Defendant, through counsel who has assisted Defendant in this matter since November 2012. (Dkt. #14). Counsel stated he is assisting but not representing Defendant, and has made no appearance in this action. On March 29, 2013, the Honorable Judge Edward M. Chen granted Plaintiffs' request, and the Case Management Conference was rescheduled to July 11, 2013. (Dkt. #15).

6.    On June 27, 2013, the case was reassigned to The Honorable Judge William H. Orrick and the previously scheduled Case Management Conference was vacated. On July 12, 2013, Plaintiffs submitted their Case Management Statement. (Dkt. #17).

7.    On September 22, 2013, the Case Management Conference was rescheduled to October 1, 2013. (Dkt. #18).

8.    Both parties engaged in settlement discussions and a previously agreed-upon Judgment Pursuant to Stipulation was issued to Defendant's attorney on September 13, 2013 for execution by Defendant. Upon receipt of the executed Judgment Pursuant to Stipulation, Plaintiffs will file the Judgment for entry by the Court.

9.    There are no issues that need to be addressed at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for October 1, 2013, be continued for thirty (30) days to allow for Defendant's

execution of Plaintiffs' proposed Judgment Pursuant to Stipulation.

/ / /

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 24th day of September 2013, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/S/_____
Muriel B. Kaplan
Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to November 5, 2013. All related deadlines are extended accordingly.

Date: September 24, 2013  _____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE

-3-
**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
**Case No.: C12-5088 WHO**

G:\WHOALL\_cv\2012\2012_05088_Crosthwaite_v_DJK_Construction_Inc\12-cv-05088-WHO-Proposed_Order_to_Continue_CMC.docx