Muriel B. Kaplan, Esq. (SBN124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F. G. CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.<br><br>Plaintiffs,<br>v.<br><br>DJK CONSTRUCTION, INC., a California corporation,<br><br>Defendant. | Case No.: C12-5088 WHO<br><br>**JUDGMENT PURSUANT TO STIPULATION** |

IT IS HEREBY STIPULATED by and between the parties hereto, that Judgment may be entered in the within action in favor of the Plaintiffs F.G. CROSTHWAITE, et al. (collectively "Plaintiffs" or "Trust Funds") and against Defendant DJK CONSTRUCTION, INC., a California corporation ("Defendant"), as follows:

1. Defendant entered into a valid Collective Bargaining Agreement with the Operating Engineers Local Union No. 3 of the International Union of Operating Engineers, AFL-CIO (hereinafter "Bargaining Agreement").  This Bargaining Agreement has continued in full force and effect to the present time.

2. Defendant has become indebted to the Plaintiffs as follows:

| | | |
|---|---|---|
| 2/12-4/12  Contributions | $8,933.82 | |
| 10% Interest on 5/11, 12/11-4/12 | $961.44 | |
| *Subtotal:* | | *$9,895.26* |
| Attorneys' Fees (through 8/11/13) | | $5,107.00 |
| Costs of Suit (through 8/11/13) | | $661.00 |
| ***TOTAL*** | | ***$15,663.26*** |

3. DALTON EUGENE DE ORNELLAS acknowledges that he is the CEO/President of Defendant DJK CONSTRUCTION, INC., a California corporation, and is authorized to enter this Stipulation.

4. This Stipulation is limited to the agreement between the parties with respect to the specified delinquent contributions and related sums enumerated herein, owed by Defendant to the Plaintiffs, and does not in any manner relate to withdrawal liability claims, if any.

5. Should any provision of this Stipulation be declared or determined by any court of competent jurisdiction to be illegal, invalid, or unenforceable, the legality, validity, and enforceability of the remaining parts, terms or provisions shall not be affected thereby and said illegal, unenforceable or invalid part, term, or provision shall be deemed not to be part of this Stipulation.

6. This Stipulation contains all of the terms agreed by the parties and no other agreements have been made. Any changes to this Stipulation shall be effective only if made in writing and signed by all parties hereto.

7. This Stipulation may be executed in any number of counterparts and by facsimile, each of which shall be deemed an original and all of which shall constitute the same instrument.

8. The Parties herein stipulate that Judgment shall be and is hereby entered in favor of Plaintiffs and against Defendant in the amount of **$15,663.26**.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

/ / /

/ / /

9. All parties represent and warrant that they have consulted with counsel of their own choosing in connection with entering this Stipulation under the terms and conditions set forth herein, and that they enter into this Stipulation voluntarily.

Dated: October 29, 2013          **DJK CONSTRUCTION, INC., a California corporation**

By: /S/
Dalton Eugene DeOrnellas,
its RMO/CEO/President

Dated: October 30, 2013          **SALTZMAN & JOHNSON LAW CORPORATION**

By: /S/
Muriel B. Kaplan, Esq.
Attorneys for Plaintiffs

**APPROVED AS TO FORM.**          Dated: October 29, 2013

By: /S/
Rodney Mariani, Esq. (SBN 69918)
Attorney for DJK Construction, Inc.

**IT IS SO ORDERED.** IT IS FURTHER ORDERED that the calendar in this matter is vacated, and that the Court shall retain jurisdiction over this matter.

Dated: November 1, 2013

UNITED STATES DISTRICT JUDGE

-3-
**JUDGMENT PURSUANT TO STIPULATION**
**Case No.: C12-5088 WHO**